%AO 442 (Rev. 10/03) Warrant for Arrest

**FILED**
DISTRICT COURT OF GUAM
JUN 29 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
RECEIVED
22 JUN 2005 14 00 01

# UNITED STATES DISTRICT COURT

District of _____ GUAM

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** ③ |
| LAW LI MEI | Case Number: CR-05-00052-002 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **LAW LI MEI** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

8:1324(a)(2)(B)(ii), 18:2 & 6:251 & 557 - ALIEN SMUGGLING (COUNTS 1 and 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/22/2005    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

*ORIGINAL*

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

**RETURNED UNEXECUTED**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |