bennylengdismiss

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL -7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>BENNY LAW BOON LENG and<br>LAW LI MEI,<br><br>                Defendants. | CRIMINAL CASE NO. 05-00052<br><br>**MOTION TO DISMISS<br>INDICTMENT AND ORDER** |

      COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendants, BENNY LAW BOON LENG and LAW LI MEI, be dismissed, for the reason that the defendants have been

//
//
//
//
//

charged through another Indictment on June 29, 2005 under Criminal Case No. 05-00055. This said Indictment has charged the defendants with similar criminal acts contained in the previous Indictment.

Respectfully submitted this 29th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

\* \* \* \* \* ORDER \* \* \* \* \*

IT IS SO ORDERED this 7th day of July 2005.

ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam

*The Honorable Robert M. Takasugi, United States District Court Judge for the Central District of California, sitting by designation



RECEIVED
JUN 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM